[No. 14067–1–I.   Division One.   June 11, 1984.]

AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION
OF TACOMA, *Petitioner,* v. JOSEPH A.
MCCAFFREY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
King County, No. 82–2–06210–3, Jim Bates, J., entered
November 30, 1983. *Reversed in part* by unpublished per
curiam opinion.

[No. 10926–0–I.   Division One.   June 11, 1984.]

MARILYN JENSEN, *Respondent,* v. ADELINE SCHEREMETA,
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 39461, Walter J. Deierlein, Jr., J., entered
October 26, 1981. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Corbett, A.C.J., and Williams, J.

[No. 5555–4–II.   Division Two.   June 11, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DUANE
M. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 80–1–00227–2, Gerry L. Alexander, J.,
entered April 9, 1981. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6109–1–II.   Division Two.   June 11, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. ROXIE
LEE ARMSTRONG, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–1–00950–8, Donald H. Thompson, J.,
entered January 7, 1982. *Reversed* and *remanded* by
unpublished opinion per Petrie, J., concurred in by Petrich,
C.J., and Worswick, J.